1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RICHARD ERNEST ANAYA,

11              Petitioner,              No. CIV S-06-2320 WBS GGH P

12        vs.

13    SUPERIOR COURT OF AMADOR
      COUNTY, et al.,
14
                Respondents.              ORDER
15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On April 4, 2007, the magistrate judge filed findings and recommendations herein

20    which were served on petitioner and which contained notice to petitioner that any objections to

21    the findings and recommendations were to be filed within twenty days.  Petitioner has filed

22    objections to the findings and recommendations.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24    304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25    file, the court finds the findings and recommendations to be supported by the record and by

26    proper analysis.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed April 4, 2007, are adopted in full; and

3          2.  Petitioner's application, whether for a writ of mandate or for a writ of habeas

4    corpus is dismissed and this case is closed.

5    DATED:  June 11, 2007

6

7    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

8

9

10

11   /anay2320.804hc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2